

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00419-CV

**TEXAS DEPT. OF INSURANCE**, Worker's Comp Division,
Appellant

v.

Roel **DE LOS SANTOS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-11-147
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The Appellant's Response to Appellee's Motion for Leave Supplemental Brief is NOTED. The Appellant's Request to file a Supplemental Brief in Response is GRANTED. The supplemental brief is due on February 10, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court